Sweeney 93–2076. State ex rel. Angel v. Cartolano. In Mandamus. On motion to dismiss. Motion to DISMISS SUSTAINED. CAUSE DISMISSED.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney AND Pfeifer, JJ., CONCUR.

93–2145. State ex rel. Luna v. State. In Mandamus. On motion for summary judgment. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

93–2167. State ex rel. Hanna v. Ashtabula Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would overrule the motion to dismiss on the mandamus action, but would grant the motion to dismiss on the habeas corpus action.

93–2210. Bryant v. Schotten. In Habeas Corpus. On return of writ, motion to amend complaint, and motion for summary judgment. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

93–2220. Bush v. Shiplevy. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

93–2243. State ex rel. Kellough v. Ohio Dept. of Rehab. & Corr. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

93–2328. Baker v. Littlefield. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

93–2337. State ex rel. Harding v. Krueger. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

93–2359. State ex rel. Abedi v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.